1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11 | VAN DUONG                      ) | Case No.  11-347 KJN
   | xxx-xx-8636                    ) |
12 |                                ) |
   |                                ) | STIPULATION AND PROPOSED
13 |                                ) | ORDER EXTENDING PLAINTIFF'S
   |        Plaintiff,              ) | TIME TO FILE SUMMARY
14 |                                ) | JUDGEMENT MOTION
   | v.                             ) |
15 |                                ) |
   | MICHAEL J. ASTRUE              ) |
16 | Commissioner of Social Security ) |
   | of the United States of America,) |
17 |                                ) |
   |        Defendant.              ) |
18 |                                ) |
   |_____) |
19

20     IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21 Plaintiff's time to file his summary judgment is hereby extended from August 4, 2011, to September 20,

22 2011.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's  impacted briefing

23 schedule and need to prioritize older cases.

24

25 / / / /

26 / / / /

27 / / / /

28

                                        1

Dated:  August 2, 2011  /s/*Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: August 2, 2011  Benjamin B. Wagner

United States Attorney

/s/ *Elizabeth Barry*
ELIZABETH BARRY
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: August 4, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE