BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone: (415) 977-8972
   Facsimile: (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| VAN DUONG,<br><br>       Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>       Defendant. | Case No. CIV-2:11-cv-00347 KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until January 3, 2011, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

    This is Defendant's first request for an extension of time in this matter.

                                      Respectfully submitted,

Dated: December 1, 2011         */s/ Bess M. Brewer*
                                     (as authorized via e-mail)
                                     BESS M. BREWER
                                     Attorney for Plaintiff

|   |   |
|---|---|
| | BENJAMIN WAGNER |
| | United States Attorney |
| Dated: December 1, 2011 | By */s/ Elizabeth Barry* |
| | ELIZABETH BARRY |
| | Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

## ORDER

The parties' stipulation (Dkt. No. 19) is HEREBY APPROVED. Defendant shall have until January 3, 2012, to respond to plaintiff's motion for summary judgment. The court's scheduling order is modified accordingly.

IT IS SO ORDERED.

DATED: December 2, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE