1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8972
       Facsimile: (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| VAN DUONG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　Defendant.<br>_____ | Case No. CIV-2:11-cv-00347 KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

　　IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until February 2, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

　　This is Defendant's second request for an extension of time in this matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: January 3, 2012　　　　　　/s/ Bess M. Brewer
　　　　　　　　　　　　　　　　　　(as authorized via e-mail)
　　　　　　　　　　　　　　　　　　BESS M. BREWER
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

|  |  |
|---|---|
|  | BENJAMIN WAGNER<br>United States Attorney |
| Dated: January 3, 2012 | By /s/ Elizabeth Barry<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

## ORDER

The parties' stipulation (Dkt. No. 21) is HEREBY APPROVED. Defendant shall have until February 2, 2012, to respond to plaintiff's motion for summary judgment. The court's scheduling order is modified accordingly.

IT IS SO ORDERED.

DATED: January 3, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE