1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone: (415) 977-8972
        Facsimile: (415) 744-0134
7       Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA

11                       SACRAMENTO DIVISION

12 VAN DUONG,                          )
                                       )   Case No.  CIV-2:11-cv-00347 KJN
13            Plaintiff,               )
                                       )   STIPULATION AND ~~PROPOSED~~ ORDER
14     v.                              )   FOR A SECOND EXTENSION FOR
                                       )   DEFENDANT TO FILE NOTICE, MOTION,
15 COMMISSIONER OF                     )   AND MEMORANDUM IN SUPPORT OF
   SOCIAL SECURITY,                    )   CROSS-MOTION FOR SUMMARY
16                                     )   JUDGMENT AND IN OPPOSITION TO
              Defendant.               )   PLAINTIFF'S MOTION FOR SUMMARY
17                                     )   JUDGMENT
   _____ )
18

19
       IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval
20
   of the Court, that Defendant shall have a 30-day extension, or until February 2, 2012, in which to file his
21
   Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in
22
   Opposition to Plaintiff's Motion for Summary Judgment.
23
       This is Defendant's second request for an extension of time in this matter.
24
                                       Respectfully submitted,
25
   Dated: January 3, 2012              /s/ Bess M. Brewer
26                                     (as authorized via e-mail)
                                       BESS M. BREWER
27                                     Attorney for Plaintiff

28

|  |  |
|---|---|
| Dated: January 3, 2012 | BENJAMIN WAGNER<br>United States Attorney<br><br>By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

## ORDER

The parties' stipulation (Dkt. No. 21) is HEREBY APPROVED.  Defendant shall have until February 2, 2012, to respond to plaintiff's motion for summary judgment.  The court's scheduling order is modified accordingly.

IT IS SO ORDERED.

DATED:  January 3, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE